# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| State of Illinois ex rel, Schad, et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 12 C 586 |
| hhgregg Inc. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Relator's Motion to Remand to the State Court is granted.


Thomas G. Bruton, Clerk of Court

Date: 2/22/2012

/s/ Wanda A. Parker, Deputy Clerk